IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAKNITA WILEY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-12-1087 |
| | § |
| WELLS FARGO BANK, N.A., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

For the reasons as stated on the record in open court during the hearing held on August 3, 2012, (Docket Entry No. 12); in accordance with the court's order of August 7, (Docket Entry No. 14), and in accordance with the court's order of today's date, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on August 24, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge